**Entered on Docket**
**April 12, 2011**

_Bruce T. Beesley_
Hon. Bruce T. Beesley
United States Bankruptcy Judge

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
MATTHEW M. MCARTHUR (NV Bar #11649)
ALEXIS M. BORNHOFT (NV Bar #11523)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A. ALSO KNOWN AS
WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A,
AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB,
FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRENDA R SNOW,<br><br>              Debtor(s). | Bankruptcy Case No. BK-S-11-11747-btb<br>Chapter 7<br><br>WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, AND FORMERLY KNOWN AS WACHOVIA MORTGAGE FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    April 5, 2011<br>Time:   10:30 a.m. |

1          A hearing on Secured Creditor Wells Fargo Bank, N.A. also known as Wachovia

2    Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage

3    FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic

4    Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable

5    Bruce T. Beesley, Matthew M. McArthur appearing on behalf of Secured Creditor.

6          The court having duly considered the papers and pleadings on file herein and

7    being fully advised thereon and finding cause therefor:

8          IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9          The automatic stay of 11 United States Code section 362 is hereby immediately

10   terminated as it applies to the enforcement by Movant of all of its rights in the real property

11   under the Note and Deed of Trust encumbering the real property commonly known as 9112

12   Canyon Magic Avenue, Las Vegas, Nevada 89129 ("Real Property"), which is legally described

13   as:

> LOT EIGHTY-TWO (82) IN BLOCK THREE (3) OF VISTA PAGEANTRY UNIT NO. 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 60 OF PLATS, PAGE 82, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

19          IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

20   its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

21   of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

22   prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at

23   least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

24   Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

25   Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

26   provide 7 days' notice to the Debtor(s).

27   /././

28   /././

1             IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2    offer and provide Debtor with information re: a potential Forbearance Agreement, Loan

3    Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4    may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to

5    enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this

6    bankruptcy case.

7    APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

8    _____    _____

9    CHRISTINE M STOKES            DAVID A. ROSENBERG
     DEBTOR(S) ATTORNEY            TRUSTEE

10

11   /././

12   /././

13   /././

14   /././

15   /././

16   /././

17   /././

18   /././

19   /././

20   /././

21   /././

22   /././

23   /././

24   /././

25   /././

26   /././

27   /././

28   /././

In accordance with LR 9021, counsel submitting this document certifies that the order accurately

reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

and any unrepresented parties who appeared at the hearing, and each has approved or

disapproved the order, or failed to respond, as indicated below [list each party and whether the

party has approved, disapproved, or failed to respond to the document]:

☐    Approved.

☐    Disapproved.

☐    Failed to respond.


☒    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order

with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of

the order.

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11649
Attorney for WELLS FARGO
BANK, N.A. ALSO KNOWN
AS WACHOVIA MORTGAGE,
A DIVISION OF WELLS
FARGO BANK, N.A, AND
FORMERLY KNOWN AS
WACHOVIA MORTGAGE
FSB, FORMERLY KNOWN AS
WORLD SAVINGS BANK,
FSB